**United States District Court**
**for the**
**Northern District of Georgia**
**Atlanta Division**



FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 13 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

United Wholesale Mortgage
Plaintiff,

v

Case Number: 26:CV-1242 VMC

Kenneth L Wright, Jr
Defendant,

I AM RESPONDING TO THIS COMPLAINT TO NOTIFY THE COURT OF THE FOLLOWING:

1) I WAS NEVER SERVED THE OFFICIAL PAPERWORK AND HAVE YET TO RECEIVE A COPY OF THE OFFICIAL COMPLAINT. A FAMILY FRIEND NOTIFIED ME OF SAID PAPERWORK, BUT THEY ARE NOT A RESIDENT/OWNER OF MY PROPERTY AND HAD NO RIGHT OR AUTHORIZATION TO ACCEPT ANY DOCUMENTS ON MY BEHALF. WITH THIS SAID I WOULD LIKE THE RECORD TO REFLECT I WAS NEVER OFFICIALLY SERVED ANY PAPERS, BUT AM RESPONDING UPON THE TIME I WAS NOTIFIED VERBALLY WHICH WAS TODAY, 4/13/2026 @ 10:45AM

2) I AM CHALLENGING THE COMPLAINT AND INTEND TO PURSUE ANY + ALL LEGAL REMEDIES TO KEEP MY HOME LOCATED AT 4627 LANARK DRIVE SW, ATLANTA, GA 30331.

I LOOK FORWARD TO MY DAY IN COURT, UNLESS WE CAN COME TO TERMS PRIOR TO WITH UWM.

THANKS,
Kenneth Lee Wright Jr.